

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00534-CR

**EX PARTE** Sergio Misael **MONSIVAIS AVITIA**

From the County Court, Kinney County, Texas
Trial Court No. 10431CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Pending before the court is appellant's request to file supplemental briefing. We hereby GRANT appellant's request and ORDER that appellant's supplemented appellant's brief is accepted as filed. It is ORDERED that the State may file a brief in response to appellant's supplemented appellant's brief within twenty days of the date of this order.

It is so **ORDERED** on January 24, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT